# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 22 B 14591 |
| Charles Cox and Sheila Cox, | ) | HON. Timothy A. Barnes |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

## NOTICE OF OBJECTION

To: Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741;

Lakeview Loan Servicing, LLC, c/o Attorney Michael N Burke, LOGS Legal Group, LLP, 2121 Waukegan Road, Suite 301, Bannockburn, IL, 60015;

Lakeview Loan Servicing, LLC, Principal Office, 4425 Ponce De Leon Blvd 5th Fl, Coral Gables, Fl 33146;

Registered Agent - Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, Il 62703, representing Nationstar Mortgage LLC, AND Lakeview Loan Servicing, LLC;

Nationstar Mortgage LLC, C/O Principal Office, 8950 Cypress Waters Blvd., Dallas, Tx 75019;

Please take notice that on July 20, 2023, at 9:30 AM I shall appear before the Honorable Judge Barnes, or any judge sitting in that judge's place, either in courtroom 744 of the United States Bankruptcy Court, Northern District of Illinois, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the Objection to claim, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list on June 12, 2023, via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

*/s/ Mark Bredow*
Attorney for Debtors
The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643
mbredow@semradlaw.com
Ph: (312) 680-1817
Fax: (312) 680-1838

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22 B 14591 |
| Charles Cox and Sheila Cox, ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## OBJECTION TO CLAIM 10

Charles Cox and Sheila Cox, Debtors, by and through Debtors' attorneys, The Semrad Law Firm, LLC, and hereby move this Honorable Court to enter an Order regarding Claim 10; Debtors state the following:

1. On December 19, 2022, the Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. The Chapter 13 Plan has not yet been confirmed.

3. On February 22, 2023, Lakeview Loan Servicing, LLC filed a secured mortgage Claim 10-1 for the total amount of $183,600.59, secured by Debtors' real estate located at 418 Mackinaw Ave, Calumet City, IL, 60409. Please see attached Exhibit A for a copy of the Proof of claim.

4. The claim lists the amount of $52,958.17 as mortgage arrearage necessary to cure as of the date of the petition.

5. Per information and belief, that Lakeview Loan Servicing's servicer, Nationstar Mortgage LLC, provided the debtor with a loan modification that resolved the arrearages by incorporating them into the principal balance. Please see attached Exhibit B for Loan Modification Documents and Exhibit C for Loan Modification Signature Pages.

6. The Debtors object to Claim 10, the secured claim filed by Lakeview Loan Servicing, LLC.

7. The portion of Claim 10 referencing $52,958.17 in mortgage arrearages should be deemed disallowed and reduced to $0.00.

8. For the foregoing reasons set forth in this Motion, Debtors respectfully request this Honorable Court to sustain Debtors' Objection to Claim 10 filed by Lakeview Loan Servicing, LLC and disallow the portion of Claim 10 referencing $52,958.17 in mortgage arrearages.

Charles Cox and Sheila Cox, Debtors, respectfully request this Honorable Court enter an Order:

A. Objection to Claim 10 is sustained; and

B. The portion of Claim 10 referencing $52,958.17 in mortgage arrearages is disallowed and reduced to $0.00 and

C. For such other and further relief as this Court deems fair and just.

Respectfully submitted,

*/s/ Mark Bredow*
Attorney for Debtors
The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643
mbredow@semradlaw.com
Ph: (312) 680-1817
Fax: (312) 680-1838